UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. AGUIRRE, | No. 2:12-cv-2165 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

    Plaintiff, a former prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 13, 2014, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The amended findings and recommendations filed March 13, 2014, are adopted in full;

    2. Defendants' motion to dismiss (ECF No. 28) is granted in part and denied in part;

1

3. Defendants' motion is granted as to 1) plaintiff's official capacity claims against the individually named defendants; 2) plaintiff's inadequate medical care claims against defendants Place and Kinder; 3) plaintiff's conspiracy claims against defendants Place and Kinder; 4) plaintiff's negligence claim against defendant Sacramento County; and

3. Defendants' motion is denied as to 1) plaintiff's failure to protect claims against all defendants; 2) plaintiff's negligence claims against the individually named defendants; 3) the claim that plaintiff failed to administratively exhaust his retaliation claim.

Dated: April 4, 2014

Troy L. Nunley
United States District Judge

/agui2165.805