UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. AGUIRRE, | No. 2: 12-cv-2165 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a former prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 8, 2014, the Honorable Troy L. Nunley granted in part and denied in part defendants' motion to dismiss.  Judge Nunley denied defendants' motion to dismiss as to plaintiff's failure to protect claims against all defendants, plaintiff's negligence claims against the individually named defendants and plaintiff's retaliation claim against defendant Oania.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendants shall file a response to those claims listed above.

Dated: April 18, 2014

Ag2165.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1